AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:21-cr-398 | Date and time warrant executed: April 7, 2021 13:39 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: Joshua B. Loomis

Inventory of the property taken and name(s) of any person(s) seized:

Snap Chat account information from "jdadon60" received on 6/29/21 at 13:48.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/2/21

_Executing officer's signature_

Joshua B. Loomis / FBI
_Printed name and title_